AO 245 C (3/88) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: JUL 02 2008

# United States District Court

EASTERN **District of** VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA
v.
RONALD CLEMENT BEST
(Name of Defendant)

**JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT**

Case Number  CR 90-00030-A(01)

**08 CRIM 594**

Harvey Williams, Attorney at Law
Defendant's Attorney

THE DEFENDANT:

☒ pleaded guilty to count(s)  1 and 24 of the Indictment
☐ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21§846 | Conspiracy to distribute and to possess with the intent to distribute 50 grams or more of crack | 1 |
| 18§924(c) | Use and carry a firearm during and in relation to a drug trafficking crime | 24 |

The defendant is sentenced as provided in pages 2 through  4  of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____, and is discharged as to such count(s).
☒ Count(s)  2,5,6,7,8,9,11,17,18,20,21 and 23  (is)(are) dismissed on the motion of the United States.
☐ The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
☒ It is ordered that the defendant shall pay to the United States a special assessment of $ 50.00, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number:

Defendant's mailing address:

Defendant's residence address: A True Copy, Teste:
Doris R. Casey, Clerk
By _____ Deputy Clerk

May 18, 1990
Date of Imposition of Sentence

_Claude M. Hilton_
Signature of Judicial Officer
CLAUDE M. HILTON
UNITED STATES DISTRICT COURT JUDGE
Name & Title of Judicial Officer

May 18, 1990
Date

Defendant: Ronald Clement Best  
Case Number: CR 90-00030-A(01)

Judgment—Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __two hundred sixty(260) months.__

As to Count 1  -  200 months  
As to Count 24 -   60 months  
Counts 1 and 24 are to run consecutively with one another.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district,

☐ at _____ a.m. / p.m. on _____.

☐ as notified by the Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

☐ before 2 p.m. on _____.
☐ as notified by the United States Marshal.
☐ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

United States Marshal

By _____  
Deputy Marshal

Judgment—Page 3 of 4

Defendant: Ronald Clement Best
Case Number: Cr 90-00030-A(01)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on **supervised release** for a term of sixty (60) months.

```
As to Count 1  -  60 months
As to Count 24 -  24 months
Counts 1 and 24 to run concurrently with one another.
```

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

X   The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

**DEFENDANT'S ACKNOWLEDGMENT OF
APPLICABLE CONDITIONS OF SUPERVISION**

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____  4/21/08
Defendant                         Date

_____  4/21/08
U.S. Probation Officer / Designated Witness    Date

Judgment—Page __4__ of __4__

Defendant: Ronald Clement Best
Case Number: CR 90-00030-A(01)

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.